# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA TALLO, :
         **Plaintiff,** :
: **CIVIL ACTION**
v. : **No. 16-4974**
:
ETHICON WOMEN'S HEALTH AND :
UROLOGY, et al., :
         **Defendants.** :

## ORDER

This 11th day of March 2020, it is hereby **ORDERED** that Defendants' Motion (ECF 35) is **GRANTED** in part and **DENIED** in part as follows:

1. Plaintiff at her option may substitute Dr. Michael Margolis, M.D. for one of the case-specific experts that have already been designated. Upon that substitution, Dr. Margolis may conduct a further medical examination of Plaintiff and draft a supplemental report updating his findings regarding Plaintiff's condition. Plaintiffs must serve any such updated reports within **30 days** of this Order.

2. Plaintiffs may submit Dr. Margolis' updated report to any expert to whom it is relevant, and such experts may supplement their reports only to the extent that their opinions are changed as a result of Dr. Margolis' updated exam. Plaintiffs must serve any such updated reports within **30 days** after the completion of any further exam by Dr. Margolis.

3. Ethicon may, at its option, seek its own medical examination of Ms. Tallo, and if necessary, supplement its expert reports as set forth in paragraph 3 of this Order, subject to the same deadline for conducting the exam and production of any supplemental report.

4. The parties are otherwise restricted to the use of experts designated by each side in the MDL and may not engage in any substitutions.

5. All other deadlines set forth in the Case Scheduling Order (ECF 33) remain in effect.

        /s/ Gerald Austin McHugh
        United States District Judge